| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Philomena N. Nzegge<br>3701 Wilshire Boulevard<br>Suite 1120<br>Los Angeles, CA 90010-2822<br>(213) 739-0650 Fax:  (213) 739-8167<br>180793<br>pnnzegge@yahoo.com<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Movant* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Thomas Wayne Markle<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  May 18, 2016          Thomas Wayne Markle          /s/ _____
                              Printed name of Debtor 1          Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                   Page 1                              F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                  Printed name of Debtor 2      Signature of Debtor 2



# FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

## 2015

- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

**Box 1. Name**
THOMAS W MARKLE

**Box 2. Beneficiary's Social Security Number**
[redacted]

**Box 3. Benefits Paid in 2015**
$33,264.00

**Box 4. Benefits Repaid to SSA in 2015**
NONE

**Box 5. Net Benefits for 2015** *(Box 3 minus Box 4)*
$33,264.00

**DESCRIPTION OF AMOUNT IN BOX 3**
Paid by check or direct deposit         $33,264.00
Benefits for 2015                       $33,264.00

**DESCRIPTION OF AMOUNT IN BOX 4**
NONE

**Box 6. Voluntary Federal Income Tax Withheld**
NONE

**Box 7. Address**
THOMAS W MARKLE
APT 4
4150 PROSPECT AVE
LOS ANGELES CA 90027-4547

**Box 8. Claim Number** *(Use this number if you need to contact SSA.)*
[redacted]

DO NOT RETURN THIS FORM TO SSA OR IRS

Form SSA-1099-SM (1-2016)

**IMPORTANT: TAX INFORMATION ENCLOSED**

KEEP THIS FORM FOR PROOF OF SOCIAL SECURITY BENEFITS
VISIT OUR WEBSITE WWW.SOCIALSECURITY.GOV

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, and Zip or foreign postal code | 1 Gross distribution $ 21,140.32 | OMB No. 1545-0119 **2015** Form 1099-R | **Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.** |
|---|---|---|---|
| ABC-NABET RETIREMENT TRUST FUND 400 FRANKLIN AVE STE 135 PHOENIXVILLE PA 19460 | 2a Taxable amount $ 21,140.32 | | **Copy B** |
| | 2b Taxable amount not determined ☐ | Total distribution ☐ | Report this income on your federal tax return. If this form shows federal income tax withheld in box 4, attach this copy to your return. |
| PAYER'S federal identification number 23-6585300 | RECIPIENT'S identification number ▓▓▓▓▓▓▓▓ | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld $ 2,116.40 |
| RECIPIENT'S name, street address (including apt. no.), city or town, state or province, country, and Zip or foreign postal code | 5 Employee contributions /Designated Roth contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ | |
| THOMAS W MARKLE PMB743 5419 HOLLYWOOD BLVD SUITE C LOS ANGELES CA 90027-3478 | 7 Distribution code(s) 7 | IRA/ SEP/ SIMPLE ☐ | 8 Other $ % | This information is being furnished to the Internal Revenue Service. |
| | 9a Your percentage of total distribution % | 9b Total employee contributions $ | |
| 10 Amount allocable to IRR within 5 years $ | 11 1st year of desig. Roth contrib. | 12 State tax withheld $ $ | 13 State/Payer's state no. | 14 State distribution $ $ |
| Account number (see instructions) | | 15 Local tax withheld $ $ | 16 Name of locality | 17 Local distribution $ $ |

Form **1099-R**    www.irs.gov/form1099r    Department of the Treasury - Internal Revenue Service